■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TORRES, Appellant.—Appeal by the defendant, as limited by his motion, from three sentences of the Supreme Court, Kings County (Marano, J.), all imposed June 12, 1985.

Justice Weinstein has been substituted for the late Justice Gibbons (*see,* 22 NYCRR 670.2 [c]).

Ordered that the sentences are affirmed. No opinion. Mollen, P. J., Lazer, Weinstein and Kunzeman, JJ., concur.